WINSTON & STRAWN LLP
The Legal Center
One Riverfront Plaza, 7th Floor
Newark, New Jersey 07102
(973) 621-2230
James S. Richter
Melissa Steedle Bogad

Attorneys for Defendant
LG Electronics USA, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARCO PALMERI, on behalf of himself and all others similarly situated, | Honorable Joseph A. Greenaway, Jr., U.S.D.J. |
| Plaintiff, | Civil Action No. 07 CV 5706 (JAG) (MCA) |
| v. | |
| LG ELECTRONICS USA, INC., a New Jersey corporation, and Does 1 through 100, | **ORDER GRANTING ADMISSION** *PRO HAC VICE* |
| Defendants. | |

**THIS MATTER**, being opened to the Court by Winston & Strawn LLP, attorneys for Defendant, LG Electronics USA, Inc. ("LG USA"), for an Order allowing Lawrence R. Desideri and Scott P. Glauberman to appear and participate *pro hac vice* in this matter, and the Court having considered the papers submitted in support of said Application, and for good cause shown pursuant to *L. Civ. R.* 101.1(c);

**IT IS** on this 8th day of October 2008,

**ORDERED**, as follows:

1. Lawrence R. Desideri and Scott P. Glauberman, members of the Bar of the State

of Illinois, be and hereby are permitted to appear *pro hac vice* in the above-captioned matter pursuant to *L. Civ. R.* 101.1(c), United States District Court for the District of New Jersey; provided, however, that all pleadings, briefs, and other papers filed with the Court shall be signed by James S. Richter, a member in good standing of the Bar of the Supreme Court of New Jersey and the Bar of this Court, or other members in good standing of the Bar of the Supreme Court of New Jersey and the Bar of this Court who are employed in the Newark office of Winston & Strawn LLP, who shall be held responsible for said papers and for the conduct of the case and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorneys admitted *pro hac vice* pursuant to this Order.

2. Lawrence R. Desideri and Scott P. Glauberman shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order.

3. Lawrence R. Desideri and Scott P. Glauberman shall make a payment of $150.00 pursuant to *L. Civ. R.* 101(c)(3) payable to the Clerk, U.S. District Court.

4. Lawrence R. Desideri and Scott P. Glauberman shall be bound by the Local Civil Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of *L. Civ. R.* 104.1, *Discipline of Attorneys.*

5. Lawrence R. Desideri and Scott P. Glauberman shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule 1:21-7, as amended.

10/8/08

_____
Honorable Madeline Cox Arleo, U.S.M.J.