**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION**

| | |
|---|---|
| **MARCO PALMERI,**<br>on behalf of himself and all others<br>similarly situated,<br><br>    **Plaintiff,**<br><br> v.<br><br>**LG ELECTRONICS USA, INC.,**<br>a New Jersey corporation;<br>and John Does 1 Through 100,<br><br>    **Defendants.** | :<br>:<br>:<br>: Case No. 07-5706 (JAG)(MCA)<br>:<br>: NOTICE OF VOLUNTARY<br>: DISMISSAL WITH PREJUDICE<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

PLEASE TAKE NOTICE, that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Marco Palmeri ("Plaintiff"), by and through his attorneys, hereby dismisses with prejudice all of Plaintiff's claims against Defendant LG Electronics USA, Inc. ("Defendant") in the above-captioned lawsuit (the "Action"), with each side to bear its own fees and costs.

Dated: October 30, 2009    CHIMICLES & TIKELLIS LLP

  /s/ Joseph G. Sauder
Joseph G. Sauder
Benjamin F. Johns
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Tel.: (610) 642-8500
Fax: (610) 649-3633
jgs@chimicles.com
bfj@chimicles.com

SCOTT+SCOTT LLP
Arthur L. Shingler III (admitted *pro hac vice*)
Hal Cunningham (admitted *pro hac vice*)
600 B Street, Suite 1500
San Diego, CA 92101
(619) 233-4565
ashingler@scott-scott.com
hcunningham@scott-scott.com

SCOTT+SCOTT LLP
David R. Scott
108 Norwich Ave.
Colchester, CT 06415
(860) 537-5537
drscott@scott-scott.com

SCOTT+SCOTT LLP
Beth Kaswan
29 W. 57th Street, 14th Floor
New York, NY 10019
(212) 223-6444
bkaswan@scott-scott.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2009, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 30, 2009.

  /s/ Benjamin F. Johns
CHIMICLES & TIKELLIS LLP
Joseph G. Sauder (JS57556)
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Tel.: (610) 642-8500
Fax: (610) 649-3633
BFJ@chimicles.com